### LOUIE D. TOMLIN v. STATE OF FLORIDA

37 So. (2nd) 166                                          June Term, 1948
October 1, 1948                                          Special Division B
Rehearing start Oct. 21, 1948

Affirmed.

### LEON TAUNTON v. STATE OF FLORIDA

37 So. (2nd) 166                                          June Term, 1948
October 1, 1948                                          Special Division B

Affirmed.

### GENE G. OLSEN v. SAMUEL GOLDMAN, REVAN RICHARDSON, GREENFIELD VILLAGES, INC., a Florida corporation; GUARANTY TITLE AND ABSTRACT CORPORATION, a Florida corporation; and THOMAS BLAKE, PAUL J. COLLINS, ROSARIO ST. PIERRE, DANIEL R. GREENE, and J. A. MILLAR, on their own behalf and on behalf of all others similarly situated; and AIRLINE EMPLOYEES' HOUSING COMMITTEE, an unincorporated non-profit association.

37 So. (2nd) 166                                          June Term, 1948
October 1, 1948                                          Division A
Rehearing denied Nov. 1, 1948

Affirmed.

### M. C. IZLAR v. MARION COUNTY, et al

37 So. (2nd) 166                                          June Term, 1948
October 5, 1948                                          Special Division A.

Affirmed.

### STATE OF FLORIDA, EX REL. E. B. HULL v. R. M. HARRIS, as County Judge of Hendry County; JOHN L. HALL, as Supervisor of Registration of Hendry County; and J. O. DAVIDSON, as Chairman of the Board of County Commissioners of Hendry County; as the County Canvassing Board of Hendry County, Florida.

37 S. (2nd) 369                                          June Term, 1948
October 12, 1948                                          Special Division A
Rehearing denied Nov. 3, 1948

Affirmed.